We think the motion for a continuance was properly overruled.

 We think the jury was warranted in finding the intent with which this attack was made, which intent to have intercourse with this woman was evidenced by appellant's own statements during the struggle as shown by her testimony, and in concluding that appellant intended to have intercourse with the lady regardless of her consent at the time he initiated his attack upon her.

We also think the facts themselves are sufficient to show with what intent appellant struck this woman, threw her upon the bed, bruised her body and finally desisted in his attack upon her, which may have been caused by her vigorous resistance.

No error being shown, the judgment will therefore be affirmed.

On Motion for Rehearing.

MORRISON, Judge.

Appellant has filed a forceful motion for rehearing, to which he attaches affidavit of counsel on appeal, seeking to explain the absence of the index of his bills of exception in the statement of facts. We have been tendered controverting affidavits on the question. Though we accept as a fact all of the allegations in appellant's affidavit, under our decisions, we are precluded from consideration of the index now tendered by letter to this Court. We have held that the statute, Section 3 of Article 759a, C.C.P., placed the duty upon counsel to see that the statement of facts

contained such an index before approving the same. The statement of facts before us bears the approval of counsel who represented appellant at the trial, and the same contains no index. We call attention of the bar to the fact that the statute in question does not prohibit counsel himself from preparing the index, in the event the reporter fails to do so, and making the same a part of the statement of facts before approval.

We have carefully studied the statement of facts and do not find ourselves in accord with counsel when he concludes that appellant did not receive a fair trial.

Remaining convinced that we properly disposed of this cause originally, appellant's motion for rehearing is overruled.

## TORRES v. STATE.
### No. 25833.

Court of Criminal Appeals of Texas
April 16, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is murder with a motor vehicle; the punishment, five years.

The record is before us without a statement of facts or bills of exception.

The proceedings appear regular on their face; and nothing being presented for review, the judgment of the trial court is affirmed.